# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 24-5072** | **September Term, 2024** |
| | 1:22-cv-03569-RC |
| | **Filed On: April 1, 2025** [2108675] |

National Council of Agricultural Employers,

    Appellant

  v.

United States Department of Labor, et al.,

    Appellees

**BEFORE:**    Circuit Judges Katsas and Childs, and Senior Circuit Judge Ginsburg

### COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Tuesday, April 1, 2025 at 9:30 a.m. The cause was heard as case No. 1 of 3 and argued before the Court by:

  David R. Dorey, counsel for Appellant.

  Daniel Winik (DOJ), counsel for Appellees.

                        **FOR THE COURT:**
                         Clifton B. Cislak, Clerk

           BY:    /s/
                   Anne A. Rothenberger
                   Deputy Clerk